UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **BARBARA R. BENTON** | * | **CIVIL ACTION NO. 14-2387** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is AFFIRMED, in its entirety, and this matter DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 24th day of August, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE